1

2

3

4                          UNITED STATES DISTRICT COURT

5                          NORTHERN DISTRICT OF CALIFORNIA

6

7    **MYRA SUGIYAMA**,                          Case No.  16-cv-05032-YGR

            Plaintiff,

8

          v.                                     **ORDER TO SHOW CAUSE; CONTINUING**
9                                                **CASE MANAGEMENT CONFERENCE**

10   **UNUM LIFE INSURANCE COMPANY OF**           Re: Dkt. No. 11
     **AMERICA, ET AL.**,

11          Defendants.

12         As of November 28, 2016, the parties had not filed their joint case management statement

13   for the December 5, 2016 Case Management Conference.  "Unless otherwise ordered, no fewer

14   than 7 days before any subsequent case management conference, the parties must file a joint Case

15   Management Statement, reporting progress or changes since the last statement was filed and

16   making proposals for the remainder of the case development process."  Civil L.R. 16-10(d).

17         The parties are **ORDERED TO SHOW CAUSE** why they should not be sanctioned for failure

18   to file a Joint Case Management Statement.

19         A hearing on this Order to Show Cause will be held on **Monday, December 12, 2016** on

20   the Court's **2:01 p.m.** calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California,

21   in Courtroom 1.

22         By no later than **December 2, 2016**, the parties must file either (1) a joint case

23   management statement, which includes a statement that they have reviewed the Local Rules with

24   respect to their responsibilities; or (2) a written response to this Order to Show Cause why they

25   should not be sanctioned for their failure to comply with the stated rule.  If the Court is satisfied

26   with the parties' response, the parties need not appear and the hearing will be taken off calendar.

27   Otherwise, lead trial counsel must personally appear at the hearing.  Neither a special appearance

28   nor a telephonic appearance will be permitted.  Failure to file a joint statement, written response,

United States District Court
Northern District of California

United States District Court
Northern District of California

1    or to appear personally will be deemed an admission that no good cause exists and that the

2    imposition of monetary sanctions is appropriate.

3           The Case Management Conference set for December 5, 2016 is **CONTINUED** to **December**

4    **12, 2016 at 2:00 p.m.**

5

6           **IT IS SO ORDERED.**

7    Dated: November 29, 2016

8    _____
     **YVONNE GONZALEZ ROGERS**
9    **UNITED STATES DISTRICT COURT JUDGE**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28